Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bread & Butter Concepts, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2711573** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1720 Cherry Street** <br> **Kansas City, MO 64108** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Jackson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **breadnbutterconcepts.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5511

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor **See Attachment** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  9, 2019**
MM / DD / YYYY

**X** **/s/ Alan Gaylin**                          **Alan Gaylin**
Signature of authorized representative of debtor         Printed name

Title    **Founder/CEO**

---

**18. Signature of attorney**

**X** **/s/ Sharon L. Stolte**                    Date  **November  9, 2019**
Signature of attorney for debtor                    MM / DD / YYYY

**Sharon L. Stolte #14302**
Printed name

**Sandberg Phoenix & von Gontard PC**
Firm name

**4600 Madison Ave., Suite 1000**
**Kansas City, MO 64112**
Number, Street, City, State & ZIP Code

Contact phone  **816-627-5543**    Email address  **sstolte@sandbergphoenix.com**

**#14302 KS**
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF KANSAS
_____

Case number (*if known*) _____    Chapter    __11__

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Texaz Crossroads, LLC** | | Relationship to you | **Subsidiary** |
|---|---|---|---|---|
| District | **Kansas** | When | Case number, if known | |
| Debtor | **Texaz Plaza Restaurant, LLC** | | Relationship to you | **Subsidiary** |
| District | **Kansas** | When | Case number, if known | |
| Debtor | **Texaz South Plaza, LLC** | | Relationship to you | **Subsidiary** |
| District | **Kansas** | When | Case number, if known | |
| Debtor | **Texaz Table Restaurant of KS, LLC** | | Relationship to you | **Subsidiary** |
| District | **Kansas** | When | Case number, if known | |

DocuSign Envelope ID: 4BD9FE0E-DFA2-4D90-81BE-11C5B4835CAB

## RESOLUTION ADOPTED IN UNANIMOUS CONSENT
## OF THE MEMBERS OF
## BREAD & BUTTER CONCEPTS, LLC

WHEREAS, it is in the best interest of Bread & Butter Concepts, LLC ("BBC"), to file a Voluntary Bankruptcy Petition in the United States Bankruptcy Court for the District of Kansas, pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Alan L. Gaylin, as Managing Member/CEO of BBC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Voluntary Bankruptcy Petition on behalf of BBC; and

BE IT FURTHER RESOLVED, that Alan L. Gaylin, as Managing Member/CEO of BBC, is authorized and directed to appear in all Bankruptcy proceedings on behalf of BBC, and to otherwise do and perform all acts and deeds, and to execute and deliver all necessary documents on behalf of BBC in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Alan L. Gaylin, as Managing Member/CEO of BBC, is authorized and directed to employ Sharon L. Stolte, an attorney for the law firm of Sandberg Phoenix & von Gontard P.C., and the law firm of Sandberg Phoenix & von Gontard P.C., to represent BBC in such bankruptcy case.

Dated: 11/8/2019
_____

Signed: _____
Alan L. Gaylin, Managing Member

Signed: _____
S. Glynn Roberts, Member

Signed: _____
Jean Roberts, Member

12446889.1

Fill in this information to identify the case:

Debtor name **Bread & Butter Concepts, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alan Gaylin 2909 Tomahawk Road Prairie Village, KS 66208 | | Loan to Debtor | | | | $111,000.00 |
| ALPINE-LITHO 8640 Troost  Avenue Kansas City, MO 64131 | | Printing | Unliquidated | | | $2,584.16 |
| Bridget Grams 2909 Tomahawk Road Prairie Village, KS 66208 | | Loan to Debtor | | | | $311,213.00 |
| Bridget Grams 2909 Tomahawk Road Prairie Village, KS 66208 | | short term loan | | | | $15,000.00 |
| CARPENTER & COMPANY 8301 State Line Road Suite G-A Kansas City, MO 64114 | | W/C & Liab insurance | Unliquidated | | | $3,812.40 |
| Core Bank 17807 Burke St Omaha, NE 68118 | | Core Bank - Operating Checking Account - Acct# 9847 | | $1,452,357.18 | $772.56 | $1,451,584.62 |
| Crossroads East LLC 800 E. 18th St Kansas City, MO 64108 | | | Unliquidated | | | $21,345.09 |

Case 19-22400    Doc# 1    Filed 11/09/19    Page 7 of 74

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Crossroads East LLC<br>800 E. 18th St<br>Kansas City, MO 64108 | | | Unliquidated | | | $20,278.92 |
| Evergy<br>4400 E. Front St<br>Kansas City, MO 64120 | | Electricity | Contingent Unliquidated | | | $4,955.07 |
| HOCKENBERGS<br>14603 West 112th Street<br>Lenexa, KS 66215-4096 | | Supplies | Unliquidated | | | $20,095.68 |
| HUMANA<br>7311 W 132ND ST #200<br>OVERLAND PARK, KS 66213 | | Health insurance | Unliquidated | | | $34,970.28 |
| KCP&L<br>4400 E Front St<br>Kansas City, MO 64180 | | Utility | Unliquidated | | | $14,385.82 |
| LARGEPRINTING.COM<br>6633 TROOST AVE<br>KANSAS CITY, MO 64131 | | Display boards | Unliquidated | | | $5,045.50 |
| OUTFRONT MEDIA<br>405 LEXINGTON AVE<br>NEW YORK, NY 10174 | | Advertising | Unliquidated | | | $4,022.50 |
| Phil Van Haitsma<br>1370 Millwood Dr. NE<br>Belmont, MI 49306 | | Renderings | Unliquidated | | | $2,200.00 |
| POINTE BLANK<br>668 N. 44th St. Ste. 210W<br>Phoenix, AZ 85008 | | Sub/Membership | Unliquidated | | | $5,610.85 |
| REPUTATION.COM INC.<br>1400A SEAPORT BLVD #401<br>REDWOOD, CA 94063 | | Advertising | Unliquidated | | | $6,613.68 |
| S. Glynn Roberts<br>1804 Wroxton<br>Houston, TX 77005 | | Loan to Debtor | | | | $700,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SUN LIFE FINANCIAL 2323 GRAND BLVD KANSAS CITY, MO 64108** | | **Health insurance** | **Unliquidated** | | | **$4,106.77** |
| **Texaz Plaza Restaurant, LLC 600 Ward Parkway Kansas City, MO 64112** | | **I/C Activity** | | | | **$1,901,224.00** |

Debtor name **Bread & Butter Concepts, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **MoBank** | **Operating Checking Account** | 5518 | $512.93 |
| 3.2. | **Core Bank** | **Operating Checking Account** | 9847 | $772.56 |
| 3.3. | **Core Bank** | **Operating Checking Account** | 9561 | $384.26 |
| 3.4. | **Core Bank** | **Payroll Checking Account** | 9858 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $1,669.75

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     **Crossroads East, LLC**
     **800 E. 18th Street**
7.1. **Kansas City, MO 64108**                                                    **$12,850.00**

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                          **$12,850.00**

     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

 ■ No.  Go to Part 4.
 ☐ Yes Fill in the information below.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

 ☐ No.  Go to Part 5.
 ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:          % of ownership | | |
| 15.1. | **Interest in Missing Ingredient, LLC**   **43** % | **Initial Investme** | **$53,542.31** |
| 15.2. | **Texaz Crossroads, LLC**   **100** % | | **Unknown** |
| 15.3. | **Texaz Table Restaurant of KS, LLC**   **100** % | | **Unknown** |
| 15.4. | **Texaz Plaza Restaurant, LLC**   **100** % | | **Unknown** |
| 15.5. | **Texaz South Plaza, LLC**   **100** % | | **Unknown** |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

---

**17.**    **Total of Part 4.**

     Add lines 14 through 16.  Copy the total to line 83.

| | $53,542.31 |
|---|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Restaurant Food Service FF&E (see attached)** | $0.00 | | $21,134.00 |

**51.**    **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

| | $21,134.00 |
|---|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of<br>debtor's interest

| 71. | Notes receivable<br>Description (include name of obligor) | | | | |
|---|---|---|---|---|---|
| | **Due from Texaz Table Restaurants, LLC** | **745,149.12**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = | **$745,149.12** |
| | **Due from Texaz South Plaza, LLC** | **2,724,788.58**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = | **$2,724,788.58** |
| | **Due from Texaz Crossroads, LLC** | **562,621.23**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = | **$562,621.23** |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
|---|---|
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.** | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | **$4,032,558.93** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **Bread & Butter Concepts, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,669.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,850.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $53,542.31 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,134.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,032,558.93 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,121,754.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,121,754.99 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Bread & Butter Concepts, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Commercial Capital Co.** | | |
| | Creditor's Name | | |
| | **8215 Melrose Drive**<br>**Suite 100**<br>**Overland Park, KS 66214** | | |
| | Creditor's mailing address | | |

**2.1  Commercial Capital Co.**

Creditor's Name

**8215 Melrose Drive**
**Suite 100**
**Overland Park, KS 66214**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6/27/2018**

Last 4 digits of account number
**0963**

Do multiple creditors have an
interest in the same property?

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**FF&E**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $144,340.00    **Value of collateral:** Unknown

---

**2.2  Commercial Capital Co.**

Creditor's Name

**8215 Melrose Drive**
**Suite 100**
**Overland Park, KS 66214**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/7/2016**

Last 4 digits of account number
**0755**

Do multiple creditors have an
interest in the same property?

**Describe debtor's property that is subject to a lien**
**FF&E (specific)**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Amount of claim:** $279,126.00    **Value of collateral:** Unknown

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Core Bank** |
| --- | --- |

Creditor's Name

**17807 Burke St**
**Omaha, NE 68118**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8970**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Core Bank - Operating Checking Account - Acct# 9847**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,452,357.18         $772.56

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,875,823.18 |
| --- | --- | --- |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **NBKC Bank**<br>**10700 Nall Ave.**<br>**Leawood, KS 66211** | Line  2.2 | |
| **US Small Business Admin**<br>**KC District Office**<br>**1000 Walnut St.**<br>**Suite 500**<br>**Kansas City, MO 64106** | Line  2.3 | |

---

| Fill in this information to identify the case: |

Debtor name    **Bread & Butter Concepts, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** | Priority creditor's name and mailing address
**ALEXANDER, ASHLINN**
**1160 SW ARBOR PARK LANE**
**LEES SUMMIT, MO 64082**

Total claim **$0.00**    Priority amount **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2172**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

---

**2.2** | Priority creditor's name and mailing address
**ALEXANDER, JAMIE**
**1160 SW ARBOR PARK LN**
**LEES SUMMIT, MO 64082**

Total claim **$0.00**    Priority amount **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1947**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ALEXANDER, VICTORIA**
**1160 SW ARBOR PARK LANE**
**LEES SUMMIT, MO 64082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2171**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ATSANGBE, GEORGE**
**7009 EAST 134TH TERRACE**
**GRANDVIEW, MO 64030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **61**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BALDERRAMA RAINEY, SONYA**
**5025 NW NANTUCKET DRIVE**
**BLUE SPRINGS, MO 64015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2483**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BALDWIN, STEPHEN**
**CHRISTOPHER**
**9121 RENNER BOULEVARD**
**LENEXA, KS 66219-6621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2519**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BROWN, KELLY**
**7409 High Grove Road**
**Grandview, MO 64030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1743**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BURTON, ALEX S**
**7448 FLINT STREET, 116**
**OVERLAND PARK, KS 66203-6621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2509**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BUSH, JONATHON D**
**1719 E. 75TH ST**
**KANSAS CITY, MO 64131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2510**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CERVANTES, BLANCA**
**7044 PARKVIEW AVE**
**KANSAS CITY, KS 66109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1968**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address<br>**CRUZ, MICHAEL GARRICK**<br>**5314 PARK AVE**<br>**KANSAS CITY, MO 64130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2511**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**DE JESUS-LUCAS, SERGIO**<br>**2609 S 52ND STREET**<br>**KANSAS CITY, KS 66106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2325**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**DUCKWORTH, JACOB**<br>**936 SW RAINTREE DRIVE**<br>**LEES SUMMIT, MO 64082** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2145**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**FLEISCHAKER, ASHLEY**<br>**9202 W. 131ST**<br>**OVERLAND PARK, KS 66213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **162**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **FORTE, JA SON**<br>**430 SW MADISON ST.**<br>**LEES SUMMIT, MO 64063** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **1482** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **FOSTER, ANNAMARIE**<br>**8118 MAIN STREET**<br>**KANSAS CITY, MO 64114** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **256** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **FRANIUK, JUDITH**<br>**7920 NE GRACEMOR DR**<br>**KANSAS CITY, MO 64119** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2073** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **FUNEZ CRUZ, JOSE MANUEL**<br>**5314 PARK AVE**<br>**KANSAS CITY, MO 64130** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **1188** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GOODE, LAUREN**
**8956 E. 89TH ST.**
**KANSAS CITY, MO 64138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1641**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GRAMS, THOMAS**
**405 E 74TH TERR**
**KANSAS CITY, MO 64131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **536**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HEIMSOTH, DANI ANN-ETTE**
**4417 S LANE ST**
**OLATHE, KS 66061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2512**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HOLGUIN, LORENA**
**5100 YECKER AVE**
**KANSAS CITY, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1884**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|------|---|---|---|---|
| | **HOULE, EZRA JOSEPH**<br>**7415 STATE LINE ROAD**<br>**KANSAS CITY, MO 64114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2406**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|------|---|---|---|---|
| | **JACKSON, MELVIN**<br>**1147 E. 75TH TERRACE**<br>**KANSAS CITY, MO 64131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **1578**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|------|---|---|---|---|
| | **KINSLOW, JASON LEE**<br>**5629 REEDS RD**<br>**MISSION, KS 66202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2323**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|------|---|---|---|---|
| | **KOHLMAN, RYAN**<br>**5325 Goodman Lane**<br>**Mission, KS 66202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **844**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|-----------------------------------------------|-----------------------------------------------|-------|-------|

**KUY, PHALLY**
**6027 N. MERCIER**
**KANSAS CITY, MO 64118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2484**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|-----------------------------------------------|-----------------------------------------------|-------|-------|

**LAM, JOY MICHELLE**
**8107 PARKHILL STREET**
**LENEXA, KS 66215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2324**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|-----------------------------------------------|-----------------------------------------------|-------|-------|

**LECHUGA, LILIAN ALEJANDRA**
**11321 E THOMPSON ST**
**SUGAR CREEK, MO 64054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2367**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|-----------------------------------------------|-----------------------------------------------|-------|-------|

**LEYUA, ISABEL**
**3626 AGNES**
**KANSAS CITY, MO 64128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1765**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**LIMBERG, SONYA NAOMI**
**7415 STATE LINE RD**
**KANSAS CITY, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2407**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**MEAD, JOLENE MARIE**
**7100 HIGHLAND AVE.**
**KANSAS CITY, MO 64131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2404**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**MELEY, GEFFERY NATHANIAL**
**8905 CAMBRIDGE AVENUE**
**KANSAS CITY, MO 64138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2513**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**MILLAN, CARLOS**
**4930 E 24TH ST**
**KANSAS CITY, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---------------------------------------------|-----------------------------------------------|-------|-------|

**MORA, MARIA T**
**1820 EWING AVENUE**
**KANSAS CITY, MO 64126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2405**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|------|---------------------------------------------|--|-------|-------|

**MORALES, MARY FRANCES**
**3710 WARWICK BLVD APT. 15**
**KANSAS CITY, MO 64111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1606**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|------|---------------------------------------------|--|-------|-------|

**MORLIER, MARCUS JAMES**
**5628 REEDS RD**
**MISSION, KS 66202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2486**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|------|---------------------------------------------|--|-------|-------|

**NJERU, JOAN**
**722 Ward Parkway #805**
**Kansas City, MO 64112-6411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **55**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.39 | Priority creditor's name and mailing address<br>**PASSIG, PAUL**<br>**2901 GILLHAM RD APT 108**<br>**KANSAS CITY, MO 64108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **1377**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>**PENCE, BEEJAY**<br>**4641 W 72 TERRACE #204**<br>**PRAIRIE VILLAGE, KS 66208** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **864**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>**PENDERGRASS, DAVID**<br>**316 WEST 51 TER**<br>**KANSAS CITY, MO 64112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2168**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>**PEREZ, VIANEY**<br>**7112 W. 115 ST. APT 2101**<br>**OVERLAND PARK, KS 66210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2116**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.43 | Priority creditor's name and mailing address<br>**RUIZ, LILIANA**<br>**6426 E 14 ST**<br>**KANSAS CITY, MO 64126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2326** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address<br>**SANCHEZ, YASMIN**<br>**1231 BENNINGTON AVE**<br>**KANSAS CITY, KS 64126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2428** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address<br>**SCHULTE, MEREDITH MARIE**<br>**5629 REEDS ROAD**<br>**MISSION, KS 66202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **2368** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address<br>**SMITH, HOLLI**<br>**4152 BELL STREET**<br>**KANSAS CITY, MO 64111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**10/16-10/31/19** | Basis for the claim: | | |
| | Last 4 digits of account number **1405** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SMITH, ZANE SCOTT**
**2732 Charlotte St. #105**
**KANSAS CITY, MO 64109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2103**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**STEWARD, MICHELLE**
**1301 W 45TH ST APT 201**
**KANSAS CITY, MO 64111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2475**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SULLIVAN, JUSTIN**
**4748 NORTON CIRCLE**
**KANSAS CITY, MO 64130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TENORIO, GERALDINE**
**7 PASADENA DR**
**OLATHE, KS 66061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **2514**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**UDELL, JEFFREY**
**8401 W 98TH ST**
**OVERLAND PARK, KS 66212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **660**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**WOLFE, TIFFANY**
**12196 SOUTH BROCKWAY**
**STREET**
**OLATHE, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/16-10/31/19**

Basis for the claim:

Last 4 digits of account number **1225**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00** |

**ABSOLUTE SYSTEMS**
**16657 E 23rd St**
**Suite 346**
**Independence, MO 64055**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/18-10/19**

Basis for the claim:  **Security monitoring**

Last 4 digits of account number  **UNKNOWN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,000.00** |

**Alan Gaylin**
**2909 Tomahawk Road**
**Prairie Village, KS 66208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan to Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$926.89** |

**Allegiant Service Group, INC.**
**12604 6th ST**
**Grandview, MO 64030**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/4/2019**

Basis for the claim:  **R&M**

Last 4 digits of account number  **UNKNOWN**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,584.16 |
|---|---|---|---|

**ALPINE-LITHO**
**8640 Troost  Avenue**
**Kansas City, MO 64131**

Date(s) debt was incurred  **6/19-9/19**

Last 4 digits of account number  **UNKNOWN**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Printing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AT&T**
**PO BOX 5014**
**Carol Stream, IL 60197**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone/Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.80 |
|---|---|---|---|

**AUTOMOBILE INC**
**405 EL CAMINO REAL BOX 606**
**MENLO PARK, CA 94025**

Date(s) debt was incurred  **1/13/2017**

Last 4 digits of account number  **UNKNOWN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $962.07 |
|---|---|---|---|

**Avid**
**500 Southwest Blvd**
**Kansas City, MO 64108**

Date(s) debt was incurred  _

Last 4 digits of account number  **1329**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone/Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.54 |
|---|---|---|---|

**Avid Communications**
**500 SW Blvd**
**Kansas City, MO 64108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone/Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311,213.00 |
|---|---|---|---|

**Bridget Grams**
**2909 Tomahawk Road**
**Prairie Village, KS 66208**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Bridget Grams**
**2909 Tomahawk Road**
**Prairie Village, KS 66208**

Date(s) debt was incurred  **8/28/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **short term loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**BRITT'S SPACE**
**3823 WYANDOTTE ST**
**KANSAS CITY, MO 64127**

Date(s) debt was incurred  **6/4/2018**

Last 4 digits of account number  **UNKNOWN**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Social media posts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,812.40** |
|---|---|---|---|

**CARPENTER & COMPANY**
**8301 State Line Road**
**Suite G-A**
**Kansas City, MO 64114**

Date(s) debt was incurred  **8/19-10/19**

Last 4 digits of account number  **UNKNOWN**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **W/C & Liab insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.31** |
|---|---|---|---|

**CHEFWORKS**
**12325 Kerran St.**
**Poway, CA 92064**

Date(s) debt was incurred  **4/26/2019**

Last 4 digits of account number  **7523**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Uniforms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,691.00** |
|---|---|---|---|

**COMPLETE CONSTRUCTION SERVICES**
**5919 BARTON DRIVE**
**SHAWNEE, KS 66203-2792**

Date(s) debt was incurred  **5/1/2019**

Last 4 digits of account number  **UNKNOWN**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **R&M**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,278.92** |
|---|---|---|---|

**Crossroads East LLC**
**800 E. 18th St**
**Kansas City, MO 64108**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,345.09** |
|---|---|---|---|

**Crossroads East LLC**
**800 E. 18th St**
**Kansas City, MO 64108**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,088.52** |
|---|---|---|---|

**CSI**
**18330 Edison Ave**
**Chesterfield, MO 63005**

Date(s) debt was incurred  **7/30/2019**

Last 4 digits of account number  **0999**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **R&M**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.26 |
| --- | --- | --- | --- |

**ECOLAB PEST**
26252 Network Pl
Chicago, IL 60673-1262

Date(s) debt was incurred __6/24/2019__

Last 4 digits of account number __0001__

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Pest control__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.24 |
| --- | --- | --- | --- |

**Employment Publishing**
175 Strafford Ave
Suite 1
WAYNE, PA 19087

Date(s) debt was incurred __1/6/2019__

Last 4 digits of account number __UNKNOWN__

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Job posting__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,955.07 |
| --- | --- | --- | --- |

**Evergy**
4400 E. Front St
Kansas City, MO 64120

Date(s) debt was incurred __

Last 4 digits of account number __8186__

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Electricity__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
| --- | --- | --- | --- |

**Google**
8615 NW Prairie View Rd
Kansas City, MO 64153

Date(s) debt was incurred __

Last 4 digits of account number __6368__

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Telephone/Internet__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,095.68 |
| --- | --- | --- | --- |

**HOCKENBERGS**
14603 West 112th Street
Lenexa, KS 66215-4096

Date(s) debt was incurred __

Last 4 digits of account number __2526__

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,970.28 |
| --- | --- | --- | --- |

**HUMANA**
7311 W 132ND ST
#200
OVERLAND PARK, KS 66213

Date(s) debt was incurred __19-Aug__

Last 4 digits of account number __5011__

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Health insurance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| --- | --- | --- | --- |

**IBS MIDWEST**
3913 S LYNN CT
INDEPENDENCE, MO 64055

Date(s) debt was incurred __2018__

Last 4 digits of account number __UNKNOWN__

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Gift cards__

Is the claim subject to offset? ☑ No ☐ Yes

Case 19-22400    Doc# 1    Filed 11/09/19    Page 33 of 74

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.89 |

**KANSAS CITY BUSINESS JOURNAL**
**1100 MAIN STREET**
**SUITE 2450**
**KANSAS CITY, MO 64105**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **3/31/2018**

Basis for the claim: **Advertising**

Last 4 digits of account number **UNKNOWN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.77 |

**Kansas City Water Services**
**PO Box 807045**
**Kansas City, MO 64180**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.00 |

**Kansas Restaurant and Hospitality Assoca**
**3500 N Rock Rd**
**BLDG 1300**
**Witchita, KS 67226**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **5/18, 9/18**

Basis for the claim: **Membership**

Last 4 digits of account number **UNKNOWN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,873.66 |

**KC CUSTOM WINDOW FASHIONS INC**
**11511 Wornall Rd**
**Kansas City, MO 64114**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **6/25/2019**

Basis for the claim: **Window covering**

Last 4 digits of account number **UNKNOWN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.48 |

**KC Water Service**
**PO Box 807045**
**Kansas City, MO 64180**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Water /Sewer**

Last 4 digits of account number **6868**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KC Water Service**
**PO Box 807045**
**Kansas City, MO 64180**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Water /Sewer**

Last 4 digits of account number **6867**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,385.82 |

**KCP&L**
**4400 E Front St**
**Kansas City, MO 64180**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,045.50 |
|------|--|--|--|

**LARGEPRINTING.COM**
6633 TROOST AVE
KANSAS CITY, MO 64131

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/17-6/19**

Last 4 digits of account number **1036**

Basis for the claim: **Display boards**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|------|--|--|--|

**LONGWIRE**
15393 S WIDMER ST
OLATHE, KS 66062

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/19/2019**

Last 4 digits of account number **UNKNOWN**

Basis for the claim: **R&M**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
|------|--|--|--|

**METRO MEDIA**
4210 Shawnee Mission Pkwy
Suite 314 A
Fairway, KS 66205

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/26/2017**

Last 4 digits of account number **UNKNOWN**

Basis for the claim: **Advertising**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.00 |
|------|--|--|--|

**NE JOHNSON COUNTY CHAMBER**
5800 Foxridge Dr.
Ste 100
Mission, KS 66202

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2/2017**

Last 4 digits of account number **UNKNOWN**

Basis for the claim: **Permits**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,022.50 |
|------|--|--|--|

**OUTFRONT MEDIA**
405 LEXINGTON AVE
NEW YORK, NY 10174

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/17, 2/18**

Last 4 digits of account number **UNKNOWN**

Basis for the claim: **Advertising**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|------|--|--|--|

**Phil Van Haitsma**
1370 Millwood Dr. NE
Belmont, MI 49306

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2018**

Last 4 digits of account number **UNKNOWN**

Basis for the claim: **Renderings**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,610.85 |
|------|--|--|--|

**POINTE BLANK**
668 N. 44th St.
Ste. 210W
Phoenix, AZ 85008

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/17-12/17**

Last 4 digits of account number **UNKNOWN**

Basis for the claim: **Sub/Membership**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.50 |
|---|---|---|---|

**PRIDE CLEANERS**
13613 S. US 71 HWY
GRANDVIEW, MO 64030

Date(s) debt was incurred  2/28/2018

Last 4 digits of account number  9672

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Linenes

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,613.68 |
|---|---|---|---|

**REPUTATION.COM INC.**
1400A SEAPORT BLVD
#401
REDWOOD, CA 94063

Date(s) debt was incurred  11/17-5/18

Last 4 digits of account number  UNKNOWN

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.00 |
|---|---|---|---|

**ROZIER ELECTRIC**
1608 SW JEFFERSON
LEE'S SUMMIT, MO 64081

Date(s) debt was incurred  3/18, 2/19

Last 4 digits of account number  UNKNOWN

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  R&M

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700,000.00 |
|---|---|---|---|

**S. Glynn Roberts**
1804 Wroxton
Houston, TX 77005

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan to Debtor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.15 |
|---|---|---|---|

**SEEN MERCH**
5024 Hadley Ave
Shawnee, KS 66203

Date(s) debt was incurred  3/28/2018

Last 4 digits of account number  UNKNOWN

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Uniforms

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SPIRE**
Drawer 2
Saint Louis, MO 63171

Date(s) debt was incurred  _

Last 4 digits of account number  2222

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Gas

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,106.77 |
|---|---|---|---|

**SUN LIFE FINANCIAL**
2323 GRAND BLVD
KANSAS CITY, MO 64108

Date(s) debt was incurred  7/19-9/19

Last 4 digits of account number  UNKNOWN

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Health insurance

Is the claim subject to offset? ☑ No  ☐ Yes

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | $583.26 |

**Tec-Larm Fire Systems**
15011 W 147TH ST
OLATHE, KS 66062

Date(s) debt was incurred  7/21/2019

Last 4 digits of account number  UNKNOWN

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Fire alarm monitoring**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | $1,901,224.00 |

**Texaz Plaza Restaurant, LLC**
600 Ward Parkway
Kansas City, MO 64112

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **I/C Activity**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | $41.40 |

**ULINE**
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

Date(s) debt was incurred  12/29/2017

Last 4 digits of account number  UNKNOWN

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | $581.00 |

**US ASSURE**
PO BOX 10197
JACKSONVILLE, FL 32247-0197

Date(s) debt was incurred  12/12/2017

Last 4 digits of account number  UNKNOWN

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | Unknown |

**US FOODS**
16805 College Blvd
Lenexa, KS 66219

Date(s) debt was incurred  6/5/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | $1,160.31 |

**Waste Management**
8301 Indiana Ave
Kansas City, MO 64132

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor **Bread & Butter Concepts, LLC**
Name

Case number (if known) _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,203,972.77 |
| **5c. Total of Parts 1 and 2** | 5c. | $ 3,203,972.77 |
| Lines 5a + 5b = 5c. | | |

Debtor name **Bread & Butter Concepts, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal         Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Office Lease** | |
| State the term remaining    **251 weeks and 5 days**<br><br>List the contract number of any government contract | **Crossroads East LLC**<br>**800 E. 18th St**<br>**Kansas City, MO 64108** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **SmartStorage KC Self-Storage Rental Agreement located at 1501 W. 31st St., KCMO.** | |
| State the term remaining    **4 months**<br><br>List the contract number of any government contract | **DTBP, LLC**<br>**1010 Walnut Street**<br>**Suite 500**<br>**Kansas City, MO 64106** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    **Payroll Services Contract** | |
| State the term remaining<br><br>List the contract number of any government contract | **PAYCOM PAYROLL, LLC DBA PAYCOM**<br>**7501 W MEMORIAL RD**<br>**Oklahoma City, OK 73142** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **Office Copiers** | |
| State the term remaining<br><br>List the contract number of any government contract | **Sumner Group dba Datamax of KC**<br>**PO Box 2222**<br>**Saint Louis, MO 63109** |

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Alan Gaylin** | **1720 Cherry St**<br>**Kansas City, MO 64108** | **Commercial Capital Co.** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Alan Gaylin** | **1720 Cherry St**<br>**Kansas City, MO 64108** | **Commercial Capital Co.** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3   **Alan Gaylin** | **2909 Tomahawk Road**<br>**Prairie Village, KS 66208** | **Core Bank** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **Bridget Grams** | **2909 Tomahawk Road**<br>**Prairie Village, KS 66208** | **Core Bank** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.5   **Jean Roberts** | **3760 Carlon**<br>**Houston, TX 77005** | **Core Bank** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |

Case 19-22400    Doc# 1    Filed 11/09/19    Page 40 of 74

| Debtor | **Bread & Butter Concepts, LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **RPS Tacos, LLC** | | **Core Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **S. Glynn Roberts** | **1804 Wroxton**<br>**Houston, TX 77005** | **Commercial Capital Co.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **S. Glynn Roberts** | **1804 Wroxton**<br>**Houston, TX 77005** | **Core Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Texaz Crossroads, LLC** | **1720 Cherry Street**<br>**Kansas City, MO 64108** | **Core Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Texaz Plaza 2 Restaurants, LLC** | **4807 Jefferson Steet**<br>**Kansas City, MO 64112** | **Core Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Texaz Plaza Restaurant, LLC** | **600 Ward Parkway**<br>**Kansas City, MO 64112** | **Core Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Texaz South Plaza, LLC** | **4800 Main Street**<br>**Kansas City, MO 64112** | **Commercial Capital Co.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Texaz South Plaza, LLC** | **4800 Main Street**<br>**Kansas City, MO 64112** | **Core Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Bread & Butter Concepts, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Texaz Table Restaurant of KS** | 8232 Mission Road Prairie Village, KS 66208 | **Core Bank** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 **Texaz Table Restaurant of KS** | 8232 Mission Road Shawnee, KS 66203 | **Sumner Group dba Datamax of KC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.4___ |

Fill in this information to identify the case:

Debtor name    **Bread & Butter Concepts, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................................   $      **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.......................................................................   $      **4,121,754.99**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................   $      **4,121,754.99**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      **1,875,823.18**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$      **3,203,972.77**

4.   **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b         $      **5,079,795.95**

**Fill in this information to identify the case:**

Debtor name    **Bread & Butter Concepts, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 9, 2019**    *X* **/s/ Alan Gaylin**
                                              Signature of individual signing on behalf of debtor

                                                **Alan Gaylin**
                                                Printed name

                                                **Founder/CEO**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other **Gross Sales** | $20,513.00 |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other **Gross Sales** | $213,329.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. **AMEX Credit Card** | **July, Aug. 2019** | $28,643.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **CARPENTER & COMPANY**<br>**8301 State Line Road**<br>**Suite G-A**<br>**Kansas City, MO 64114** | **August 2019**<br>**Oct. 2019** | **$6,729.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Commercial Capital Company** | **July, Aug.**<br>**Sept. 2019** | **$15,465.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Copaken Brooks** | **July,**<br>**Oct.2019** | **$10,111.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.5. **Core Bank** | **July, Aug.**<br>**Sept. 2019** | **$43,791.30** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Bridget Grams**<br>**2909 Tomahawk Road**<br>**Prairie Village, KS 66208** | **10/3/2019** | **$25,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **See Attached** | | **$430,197.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Cure of Ars** | **Dinner for Group** | **12/15/2018** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Kansas State Univ.** **Manhattan, KS 66506** | **Event Catering** | **1/31/2018** | **$1,600.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Greater KC Restaurant Assoc** **1417 W 47th Street** **Kansas City, MO 64112** | **Beverage Cart of GKCRA Golf Tournament** | **5/10/2018** | **$1,500.00** |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **D Sprague Contractors**<br>**2032 N 132ND TERR**<br>**Kansas City, KS 66109** | **JAZZOO** | **6/1/2018** | **$3,283.00** |
| | Recipients relationship to debtor | | | |
| 9.5. | **US FOODS**<br>**16805 College Blvd**<br>**Lenexa, KS 66219** | **Treads & Threads** | **8/31/2018** | **$4,381.86** |
| | Recipients relationship to debtor | | | |
| 9.6. | **Down Syndrome Guild**<br>**5960 Dearborn Street**<br>**Mission, KS 66202** | **Dinner for Group** | **12/31/2018** | **$0.00** |
| | Recipients relationship to debtor | | | |
| 9.7. | **St Michaels Day School**<br>**Fundraiser**<br>**Tabitha Meyer**<br>**5638 Aberdeen Rd**<br>**Mission, KS 66205** | | **1/24/2019** | **$100.00** |
| | Recipients relationship to debtor | | | |
| 9.8. | **Literacy KC**<br>**Fundraiser at Boulevard**<br>**Brewery**<br>**c/o Michael Ganheart** | | **1/24/2019** | **$100.00** |
| | Recipients relationship to debtor | | | |
| 9.9. | **Diana Pumphrey**<br>**4232 S. White Sands Ct**<br>**Blue Springs, MO 64015** | **Gift Card - Unhappy Guest** | **1/31/2019** | **$50.00** |
| | Recipients relationship to debtor | | | |
| 9.10. | **JLKCMO**<br>**Lilly Coye** | **100x5 BUCKS - BBC** | **2/18/2019** | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.11. | **Hinrichs Partners LLC**<br>**219 SW Creekside Ct.**<br>**Grimes, IA 50111** | | **6/7/2019** | **$200.00** |
| | Recipients relationship to debtor | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.12 · | **KC Womens Chorus** **Stacy Greenbaum** **3501 CAmpbell** **Kansas City, MO 64109** | | **7/26/2019** | **$50.00** |
| | **Recipients relationship to debtor** | | | |
| 9.13 · | **Erin Andr Wilson Foundation** **121 W 48th St.** **#1508** **Kansas City, MO 64112** | | **9/3/2019** | **$100.00** |
| | **Recipients relationship to debtor** | | | |
| 9.14 · | **Frank White Invitational** **Golf Tournament** **415 E 12th St G2** **Kansas City, MO 64106** | | **9/5/2019** | **$25.00** |
| | **Recipients relationship to debtor** | | | |
| 9.15 · | **Cancer Action Fundraiser** **10520 Barkley** **Ste 100** **Overland Park, KS 66212** | | **9/5/2019** | **$25.00** |
| | **Recipients relationship to debtor** | | | |
| 9.16 · | **ProAm Golf** **10895 Lowell Ave** **Suite 100** | | **9/5/2019** | **$400.00** |
| | **Recipients relationship to debtor** | | | |
| 9.17 · | **Klein Memorial Golf** **Tournament** | | **9/10/2019** | **$50.00** |
| | **Recipients relationship to debtor** | | | |
| 9.18 · | **3rd Annual Casino Night** **UW & Make A Wish** **2300 NW 84th Terr** **Kansas City, MO 64154** | | **9/27/2019** | **$100.00** |
| | **Recipients relationship to debtor** | | | |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.19<br>. | **Films Just Like You Fundraiser** | | 10/7/2019 | $75.00 |
| **Recipients relationship to debtor** | | | |

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | **McDowell Rice Smith**<br>**605 W. 47th Street**<br>**Ste 350**<br>**Kansas City, MO 64112** | | August/Sept/Oct 2019 | $25,000.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. | **Evans & Mullinix**<br>**7225 Renner Road**<br>**Ste 200**<br>**Shawnee, KS 66217** | | October 2019 | $568.75 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Sandberg Phoenix & von Gontard**<br>**4600 Madison Ave., Suite 1000**<br>**Kansas City, MO 64112** | | **10-25-2019** | **$50,000.00** |

**Email or website address**
**www.sandbergphoenix.com**

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **MoBank** | **XXXX-5526** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| 18.2. | **MoBank** | **XXXX-5542** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| 18.3. | **MoBank** | **XXXX-809** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Smart Storage KC<br>1501 W. 31st St.<br>Kansas City, MO 64108 | Unknown | Art Four Booth Supplies | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Missing Ingredients**<br>**1720 Cherry St**<br>**Kansas City, MO 64108** | **Agriculture/Farming** | EIN: **46-1234131**<br>From-To **2014 - present** |
| 25.2. **Barhop 135, LLC**<br>**5031 W 135th St**<br>**Overland Park, KS 66224** | **BRGR KITCHEN + BAR - Leawood** | EIN: **46-2048678**<br>From-To **Sept 2016 - April 2019** |
| 25.3. **Happy Belly** | **Food Truck 50%** | EIN:<br>From-To |
| 25.4. **Texaz Plaza 2 Restaurants,**<br>**LLC**<br>**4807 Jefferson Steet**<br>**Kansas City, MO 64112** | **The Oliver - restaurant** | EIN: **47-2761518**<br>From-To **July 2016 - October 2019** |
| 25.5. **Texaz Table Restaurant of KS**<br>**8232 Mission Road**<br>**Prairie Village, KS 66208** | **Urban Table - Restaurant** | EIN: **27-4614760**<br>From-To **July 2011 - present** |
| 25.6. **Texaz Taco Restaurant, LLC**<br>**500 County Line Road**<br>**Kansas City, KS 66103** | **Taco Republic - Restaurant**<br>**(Sold to Louie's Wine Dive Parent,**<br>**LLC)** | EIN: **45-5418352**<br>From-To **Sept. 2013-Feb 2019** |
| 25.7. **Texaz South Plaza, LLC**<br>**4800 Main Street**<br>**Kansas City, MO 64112** | **Stock Hill - Restaurant** | EIN: **81-2276918**<br>From-To **Dec. 2016 - present** |
| 25.8. **Texaz Plaza Restaurant, LLC**<br>**600 Ward Parkway**<br>**Kansas City, MO 64112** | **Gram & Dun - Restaurant** | EIN: **30-0689227**<br>From-To **Nov. 2011 - current** |
| 25.9. **Texaz Crossroads, LLC**<br>**1720 Cherry Street**<br>**Kansas City, MO 64108** | **Cherry Hall - Event/Catering** | EIN: **81-3425887**<br>From-To **Sept. 2018 - current** |
| 25.10. **Texaz Restaurants of KS,**<br>**LLC**<br>**4038 W. 83rd Street**<br>**Prairie Village, KS 66208** | **BRGR Kitchen + Bar**<br>**(sold to Louie's Wine Dive Parent,**<br>**LLC)** | EIN: **27-0667946**<br>From-To **March 2010 - 2-15-2019** |
| 25.11. **Texaz P&L Restaurants, LLC**<br>**11 E. 14th Street**<br>**Kansas City, MO 64106** | **BRGR-PL**<br>**(sold to Louie's Wine Dive Parent,**<br>**LLC)** | EIN: **46-2256425**<br>From-To **July 2013-Feb 2019** |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Tiffany Wolfe**<br>**12196 S. Broadway St.**<br>**Olathe, KS 66061** | **October 2016 - present** |
| 26a.2.  **Jeff Udell**<br>**8401 W 98th St.**<br>**Overland Park, KS 66212** | |
| 26a.3.  **Jeff Petersen**<br>**6000 W 88th Ter**<br>**Overland Park, KS 66207** | |
| 26a.4.  **CBIZ**<br>**700 W 47th Street**<br>**#1100**<br>**Kansas City, MO 64112** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **CBIZ**<br>**700 W. 47t St**<br>**Ste 1100**<br>**Kansas City, MO 64112** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Jeff Petersen**<br>**6000 W 88th Ter**<br>**Overland Park, KS 66207** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Jeff Udell**<br>**8401 W 98th St.**<br>**Overland Park, KS 66212** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  **Tiffany Wolfe**<br>**12196 S. Brockway St**<br>**Olathe, KS 66061** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Jeff Udell**<br>**8401 W 98th St.**<br>**Overland Park, KS 66212** | |
| 26c.2.  **Tiffany Wolfe**<br>**12196 S. Brockway St**<br>**Olathe, KS 66061** | |

Case 19-22400    Doc# 1    Filed 11/09/19    Page 55 of 74

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.   **Restaurant 365**<br>**500 Technology Dr.,**<br>**Ste 200**<br>**Irvine, CA 92618** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Core Bank**<br>**12100 W Center Rd**<br>**Omaha, NE 68144** |
| 26d.2.   **Louie's Wine Dive**<br>**4434 W. 90th Terr**<br>**Overland Park, KS 66207** |
| 26d.3.   **Taubman**<br>**PO Box 695001**<br>**Detroit, MI 48267** |
| 26d.4.   **MREM BOT Property**<br>**PO Box 310687**<br>**Des Moines, IA 50331** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alan Gaylin** | **1720 Cherry St**<br>**Kansas City, MO 64108** | **CEO** | **49** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **S. Glynn Roberts** | **1804 Wroxton**<br>**Houston, TX 77005** | | **25.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jean Roberts** | **3760 Carlon**<br>**Houston, TX 77005** | | **25.5** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Bridget Grams** | **25000.00** | **10/3/2019** | **Partial repayment of St Loan** |
| | Relationship to debtor | | | |
| | **Spouse of CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  9, 2019**

**/s/ Alan Gaylin**                                           **Alan Gaylin**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Founder/CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

List each creditor to whom you paid a total of $6,425 or more within the last 90 days
7/14/19-10/14/19

| Location | Bread & Butter Office |
| --- | --- |

| Sum of Amount | Column Labels | | | | |
| --- | --- | --- | --- | --- | --- |
| Row Labels | ` | Other | Secured Debt | Services | Suppliers or Vendors | Grand Total |
| --- | --- | --- | --- | --- | --- | --- |
| AMEX Credit Card | | 20,101.06 | | 8,542.05 | | 28,643.11 |
| Jul | | 14,509.24 | | | | 14,509.24 |
| Aug | | 5,591.82 | | 8,542.05 | | 14,133.87 |
| CARPENTER & COMPANY | | | | 6,729.56 | | 6,729.56 |
| Aug | | | | 1,270.80 | | 1,270.80 |
| Oct | | | | 5,458.76 | | 5,458.76 |
| COMMERCIAL CAPITAL COMPANY, LLC | | | | | 15,465.00 | 15,465.00 |
| Jul | | | | | 5,155.00 | 5,155.00 |
| Aug | | | | | 5,155.00 | 5,155.00 |
| Sep | | | | | 5,155.00 | 5,155.00 |
| Copaken Brooks | | 10,111.00 | | | | 10,111.00 |
| Jul | | 5,781.00 | | | | 5,781.00 |
| Oct | | 4,330.00 | | | | 4,330.00 |
| CORE BANK | 35.00 | 2,390.00 | 40,263.78 | 1,102.52 | | 43,791.30 |
| Jul | | 1,620.00 | | | | 1,620.00 |
| Aug | | 570.00 | 20,131.89 | 1,102.52 | | 21,804.41 |
| Sep | 35.00 | 200.00 | 20,131.89 | | | 20,366.89 |
| CROSSROADS EAST, LLC | | 42,621.46 | | | | 42,621.46 |
| Aug | | 22,100.53 | | | | 22,100.53 |
| Sep | | 20,520.93 | | | | 20,520.93 |
| Franey & Associates | | | | 7,500.00 | | 7,500.00 |
| Aug | | | | 4,000.00 | | 4,000.00 |
| Oct | | | | 3,500.00 | | 3,500.00 |
| GLAZERS | | | | | 15,855.32 | 15,855.32 |
| Jul | | | | | 3,120.42 | 3,120.42 |
| Aug | | | | | 5,519.43 | 5,519.43 |
| Sep | | | | | 4,754.74 | 4,754.74 |
| Oct | | | | | 2,460.73 | 2,460.73 |
| GRI CORINTH NORTH LLC | | 7,652.83 | | | | 7,652.83 |
| Jul | | 4,000.00 | | | | 4,000.00 |
| Aug | | 3,652.83 | | | | 3,652.83 |
| HUMANA | | | | 16,197.04 | | 16,197.04 |
| Aug | | | | 16,197.04 | | 16,197.04 |
| KANSAS DEPARTMENT OF REVENUE | | 103,161.73 | | | | 103,161.73 |
| Jul | | 71,796.82 | | | | 71,796.82 |
| Aug | | 3,553.65 | | | | 3,553.65 |
| Sep | | 27,811.26 | | | | 27,811.26 |
| KCMO City Treasurer | | 40,165.01 | | | | 40,165.01 |
| Jul | | 19,415.73 | | | | 19,415.73 |
| Aug | | 15,749.26 | | | | 15,749.26 |
| Sep | | 5,000.02 | | | | 5,000.02 |
| KCP&L | | | | 20,746.94 | | 20,746.94 |
| Jul | | | | 6,558.61 | | 6,558.61 |
| Aug | | | | 7,019.38 | | 7,019.38 |
| Sep | | | | 7,168.95 | | 7,168.95 |
| McDowell Rice Smith & Buchanan | | | | 14,000.02 | | 14,000.02 |
| Jul | | | | 2,000.00 | | 2,000.00 |
| Aug | | | | 2,000.00 | | 2,000.00 |
| Sep | | | | 7,500.02 | | 7,500.02 |
| Oct | | | | 2,500.00 | | 2,500.00 |
| MDL | | | | | 20,000.00 | 20,000.00 |
| Jul | | | | | 20,000.00 | 20,000.00 |
| MISSOURI DEPARTMENT OF REVENUE | | 69,756.73 | | | | 69,756.73 |
| Jul | | 30,642.89 | | | | 30,642.89 |
| Aug | | 39,113.84 | | | | 39,113.84 |
| PARK IT | | | | 7,750.00 | | 7,750.00 |
| Aug | | | | 2,784.00 | | 2,784.00 |
| Sep | | | | 3,070.00 | | 3,070.00 |
| Oct | | | | 1,896.00 | | 1,896.00 |

**List each creditor to whom you paid a total of $6,425 or more within the last 90 days**
**7/14/19-10/14/19**

| Location | Bread & Butter Office | | | | | |

| Sum of Amount | Column Labels | | | | | |
|---|---|---|---|---|---|---|
| Row Labels | ` | Other | Secured Debt | Services | Suppliers or Vendors | Grand Total |
| **PAYCOM** | | 33,131.42 | | 1,168.27 | | 34,299.69 |
| Jul | | 5,085.83 | | 323.04 | | 5,408.87 |
| Aug | | 12,810.82 | | 392.48 | | 13,203.30 |
| Sep | | 15,234.77 | | 452.75 | | 15,687.52 |
| **US FOODS** | | | | | 16,489.79 | 16,489.79 |
| Jul | | | | | 4,413.23 | 4,413.23 |
| Aug | | | | | 1,938.32 | 1,938.32 |
| Sep | | | | | 5,316.79 | 5,316.79 |
| Oct | | | | | 4,821.45 | 4,821.45 |
| **Westwork Marketing Inc.** | | | | 14,000.00 | | 14,000.00 |
| Jul | | | | 7,000.00 | | 7,000.00 |
| Sep | | | | 7,000.00 | | 7,000.00 |
| **Grand Total** | 35.00 | 278,816.95 | 90,538.07 | 97,736.40 | 67,810.11 | 534,936.53 |

# United States Bankruptcy Court
## District of Kansas

In re  **Bread & Butter Concepts, LLC**

Case No. _____

Debtor(s)

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November  9, 2019**

*Date*

**/s/ Sharon L. Stolte**

**Sharon L. Stolte #14302**
*Signature of Attorney*
**Sandberg Phoenix & von Gontard PC**
**4600 Madison Ave., Suite 1000**
**Kansas City, MO 64112**
**816-627-5543  Fax: 816-627-5532**
**sstolte@sandbergphoenix.com**
*Name of law firm*

---

ABSOLUTE SYSTEMS
16657 E 23rd St
Suite 346
Independence MO 64055


Alan Gaylin
1720 Cherry St
Kansas City MO 64108


ALEXANDER, ASHLINN
1160 SW ARBOR PARK LANE
LEES SUMMIT MO 64082


ALEXANDER, JAMIE
1160 SW ARBOR PARK LN
LEES SUMMIT MO 64082


ALEXANDER, VICTORIA
1160 SW ARBOR PARK LANE
LEES SUMMIT MO 64082


Allegiant Service Group, INC.
12604 6th ST
Grandview MO 64030


ALPINE-LITHO
8640 Troost Avenue
Kansas City MO 64131


AT&T
PO BOX 5014
Carol Stream IL 60197


ATSANGBE, GEORGE
7009 EAST 134TH TERRACE
GRANDVIEW MO 64030


AUTOMOBILE INC
405 EL CAMINO REAL BOX 606
MENLO PARK CA 94025


Avid
500 Southwest Blvd
Kansas City MO 64108

Avid Communications
500 SW Blvd
Kansas City MO 64108


BALDERRAMA RAINEY, SONYA
5025 NW NANTUCKET DRIVE
BLUE SPRINGS MO 64015


BALDWIN, STEPHEN CHRISTOPHER
9121 RENNER BOULEVARD
LENEXA KS 66219-6621


Bridget Grams
2909 Tomahawk Road
Prairie Village KS 66208


BRITT'S SPACE
3823 WYANDOTTE ST
KANSAS CITY MO 64127


BROWN, KELLY
7409 High Grove Road
Grandview MO 64030


BURTON, ALEX S
7448 FLINT STREET, 116
OVERLAND PARK KS 66203-6621


BUSH, JONATHON D
1719 E. 75TH ST
KANSAS CITY MO 64131


CARPENTER & COMPANY
8301 State Line Road
Suite G-A
Kansas City MO 64114


CERVANTES, BLANCA
7044 PARKVIEW AVE
KANSAS CITY KS 66109


CHEFWORKS
12325 Kerran St.
Poway CA 92064

Commercial Capital Co.
8215 Melrose Drive
Suite 100
Overland Park KS 66214


COMPLETE CONSTRUCTION SERVICES
5919 BARTON DRIVE
SHAWNEE KS 66203-2792


Core Bank
17807 Burke St
Omaha NE 68118


Crossroads East LLC
800 E. 18th St
Kansas City MO 64108


CRUZ, MICHAEL GARRICK
5314 PARK AVE
KANSAS CITY MO 64130


CSI
18330 Edison Ave
Chesterfield MO 63005


DE JESUS-LUCAS, SERGIO
2609 S 52ND STREET
KANSAS CITY KS 66106


DTBP, LLC
1010 Walnut Street
Suite 500
Kansas City MO 64106


DUCKWORTH, JACOB
936 SW RAINTREE DRIVE
LEES SUMMIT MO 64082


ECOLAB PEST
26252 Network Pl
Chicago IL 60673-1262

Employment Publishing
175 Strafford Ave
Suite 1
WAYNE PA 19087


Evergy
4400 E. Front St
Kansas City MO 64120


FLEISCHAKER, ASHLEY
9202 W. 131ST
OVERLAND PARK KS 66213


FORTE, JA SON
430 SW MADISON ST.
LEES SUMMIT MO 64063


FOSTER, ANNAMARIE
8118 MAIN STREET
KANSAS CITY MO 64114


FRANIUK, JUDITH
7920 NE GRACEMOR DR
KANSAS CITY MO 64119


FUNEZ CRUZ, JOSE MANUEL
5314 PARK AVE
KANSAS CITY MO 64130


GOODE, LAUREN
8956 E. 89TH ST.
KANSAS CITY MO 64138


Google
8615 NW Prairie View Rd
Kansas City MO 64153


GRAMS, THOMAS
405 E 74TH TERR
KANSAS CITY MO 64131


HEIMSOTH, DANI ANN-ETTE
4417 S LANE ST
OLATHE KS 66061

HOCKENBERGS
14603 West 112th Street
Lenexa KS 66215-4096


HOLGUIN, LORENA
5100 YECKER AVE
KANSAS CITY KS 66104


HOULE, EZRA JOSEPH
7415 STATE LINE ROAD
KANSAS CITY MO 64114


HUMANA
7311 W 132ND ST
#200
OVERLAND PARK KS 66213


IBS MIDWEST
3913 S LYNN CT
INDEPENDENCE MO 64055


JACKSON, MELVIN
1147 E. 75TH TERRACE
KANSAS CITY MO 64131


Jean Roberts
3760 Carlon
Houston TX 77005


KANSAS CITY BUSINESS JOURNAL
1100 MAIN STREET
SUITE 2450
KANSAS CITY MO 64105


Kansas City Water Services
PO Box 807045
Kansas City MO 64180


Kansas Restaurant and Hospitality Assoca
3500 N Rock Rd
BLDG 1300
Witchita KS 67226

KC CUSTOM WINDOW FASHIONS INC
11511 Wornall Rd
Kansas City MO 64114


KC Water Service
PO Box 807045
Kansas City MO 64180


KCP&L
4400 E Front St
Kansas City MO 64180


KINSLOW, JASON LEE
5629 REEDS RD
MISSION KS 66202


KOHLMAN, RYAN
5325 Goodman Lane
Mission KS 66202


KUY, PHALLY
6027 N. MERCIER
KANSAS CITY MO 64118


LAM, JOY MICHELLE
8107 PARKHILL STREET
LENEXA KS 66215


LARGEPRINTING.COM
6633 TROOST AVE
KANSAS CITY MO 64131


LECHUGA, LILIAN ALEJANDRA
11321 E THOMPSON ST
SUGAR CREEK MO 64054


LEYUA, ISABEL
3626 AGNES
KANSAS CITY MO 64128


LIMBERG, SONYA NAOMI
7415 STATE LINE RD
KANSAS CITY MO 64114

LONGWIRE
15393 S WIDMER ST
OLATHE KS 66062


MEAD, JOLENE MARIE
7100 HIGHLAND AVE.
KANSAS CITY MO 64131


MELEY, GEFFERY NATHANIAL
8905 CAMBRIDGE AVENUE
KANSAS CITY MO 64138


METRO MEDIA
4210 Shawnee Mission Pkwy
Suite 314 A
Fairway KS 66205


MILLAN, CARLOS
4930 E 24TH ST
KANSAS CITY MO 64127


MORA, MARIA T
1820 EWING AVENUE
KANSAS CITY MO 64126


MORALES, MARY FRANCES
3710 WARWICK BLVD APT. 15
KANSAS CITY MO 64111


MORLIER, MARCUS JAMES
5628 REEDS RD
MISSION KS 66202


NBKC Bank
10700 Nall Ave.
Leawood KS 66211


NE JOHNSON COUNTY CHAMBER
5800 Foxridge Dr.
Ste 100
Mission KS 66202


NJERU, JOAN
722 Ward Parkway #805
Kansas City MO 64112-6411

OUTFRONT MEDIA
405 LEXINGTON AVE
NEW YORK NY 10174


PASSIG, PAUL
2901 GILLHAM RD APT 108
KANSAS CITY MO 64108


PAYCOM PAYROLL, LLC DBA PAYCOM
7501 W MEMORIAL RD
Oklahoma City OK 73142


PENCE, BEEJAY
4641 W 72 TERRACE #204
PRAIRIE VILLAGE KS 66208


PENDERGRASS, DAVID
316 WEST 51 TER
KANSAS CITY MO 64112


PEREZ, VIANEY
7112 W. 115 ST. APT 2101
OVERLAND PARK KS 66210


Phil Van Haitsma
1370 Millwood Dr. NE
Belmont MI 49306


POINTE BLANK
668 N. 44th St.
Ste. 210W
Phoenix AZ 85008


PRIDE CLEANERS
13613 S. US 71 HWY
GRANDVIEW MO 64030


REPUTATION.COM INC.
1400A SEAPORT BLVD
#401
REDWOOD CA 94063


ROZIER ELECTRIC
1608 SW JEFFERSON
LEE'S SUMMIT MO 64081

RPS Tacos, LLC


RUIZ, LILIANA
6426 E 14 ST
KANSAS CITY MO 64126


S. Glynn Roberts
1804 Wroxton
Houston TX 77005


SANCHEZ, YASMIN
1231 BENNINGTON AVE
KANSAS CITY KS 64126


SCHULTE, MEREDITH MARIE
5629 REEDS ROAD
MISSION KS 66202


SEEN MERCH
5024 Hadley Ave
Shawnee KS 66203


SMITH, HOLLI
4152 BELL STREET
KANSAS CITY MO 64111


SMITH, ZANE SCOTT
2732 Charlotte St. #105
KANSAS CITY MO 64109


SPIRE
Drawer 2
Saint Louis MO 63171


STEWARD, MICHELLE
1301 W 45TH ST APT 201
KANSAS CITY MO 64111


SULLIVAN, JUSTIN
4748 NORTON CIRCLE
KANSAS CITY MO 64130

Sumner Group dba Datamax of KC
PO Box 2222
Saint Louis MO 63109


SUN LIFE FINANCIAL
2323 GRAND BLVD
KANSAS CITY MO 64108


Tec-Larm Fire Systems
15011 W 147TH ST
OLATHE KS 66062


TENORIO, GERALDINE
7 PASADENA DR
OLATHE KS 66061


Texaz Plaza Restaurant, LLC
600 Ward Parkway
Kansas City MO 64112


Texaz South Plaza, LLC
4800 Main Street
Kansas City MO 64112


Texaz Table Restaurant of KS
8232 Mission Road
Shawnee KS 66203


UDELL, JEFFREY
8401 W 98TH ST
OVERLAND PARK KS 66212


ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158


US ASSURE
PO BOX 10197
JACKSONVILLE FL 32247-0197


US FOODS
16805 College Blvd
Lenexa KS 66219

```
US Small Business Admin
KC District Office
1000 Walnut St.
Suite 500
Kansas City MO 64106


Waste Management
8301 Indiana Ave
Kansas City MO 64132


WOLFE, TIFFANY
12196 SOUTH BROCKWAY STREET
OLATHE KS 66061
```

# United States Bankruptcy Court
## District of Kansas

In re    **Bread & Butter Concepts, LLC**                           Case No. _____

                                   Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Founder/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 9, 2019**                  **/s/ Alan Gaylin**
                                           **Alan Gaylin**/Founder/CEO
                                           Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    **Bread & Butter Concepts, LLC**          Case No. _____

                         Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Founder/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 9, 2019** _____        Signature    **/s/ Alan Gaylin** _____

                                                    **Alan Gaylin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re **Bread & Butter Concepts, LLC**

_____
Debtor(s)

Case No. _____

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bread & Butter Concepts, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  9, 2019**
_____
Date

**/s/ Sharon L. Stolte**

**Sharon L. Stolte #14302**

Signature of Attorney or Litigant

Counsel for   **Bread & Butter Concepts, LLC**

**Sandberg Phoenix & von Gontard PC**

**4600 Madison Ave., Suite 1000**
**Kansas City, MO 64112**
**816-627-5543 Fax:816-627-5532**
**sstolte@sandbergphoenix.com**