# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: ) | Case No. 19-22400 |
| ) | |
| **BREAD & BUTTER CONCEPTS, LLC,** ) | **(Administratively Consolidated)** |
| **et al.,** ) | |
| ) | Chapter 11 |
| Debtors[1]. ) | |

## VERIFIED STATEMENT OF POLSINELLI PC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Polsinelli PC ("**Poslinelli**") hereby files this verified statement (the "**Verified Statement**") and in support thereof states as follows:

1. On November 9, 2019, the above captioned Debtors filed for Chapter 11 bankruptcy.

2. Polsinelli entered its appearance for Country Club Plaza JV, LLC ("**CCP**") and (ii) to MREM BOT Property LLC ("**MREM**" and collectively with CCP, the "**Landlords**") on November 12, 2019, by filing an objection to certain interim use of cash collateral requested by the Debtors.

3. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, either Landlords rights to assert, file and/or amend their claims in accordance with applicable law or order from any court with competent jurisdiction and any orders entered in these cases establishing procedures for filing proofs of claim.

4. Polsinelli reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019. None of Polsinelli's

---

[1] TEXAZ CROSSROADS, LLC, dba Cherry Hall, Case No. 19-22401; TEXAZ TABLE RESTAURANT OF KS, LLC, dba Urban Table, Case No. 19-22399; TEXAZ SOUTH PLAZA, LLC, dba Stock Hill, Case No. 19-22402; TEXAZ PLAZA RESTAURANT, LLC, dba Gram & Dun, Case No. 19-22043 (collectively, the "**Debtors**").

71263436.1

attorneys in this case have any disclosable economic interests in the Debtors as defined in Bankruptcy Rule 2019.

5. Polsinelli represents the Landlords in various other matters, including one against a non-debtor affiliate of the Debtors. The Landlords have disclosed economic interests in that they have presently are parties to leases of certain real property with various Debtors that are guaranteed by affiliates of the Debtors, the amounts of pre-petition arrearages for the leases are being calculated to be filed by the proof of claim deadline set in this case. Any further claims and economic interests will be determined after the Debtors decide to assume or reject such Leases.

6. Upon information and belief, the following information is provided:

Country Club Plaza JV, LLC  
c/o The Taubman Group  
200 East Long Lake Road, Suite 300  
Bloomfield Hills, Michigan 48304-2324  
LANDLORD FOR GRAM & DUNN

MREM BOT Property LLC  
4220 Shawnee Mission Pkwy #200b  
Fairway, KS 66205  
LANDLORD FOR STOCKHILL

On this 18th day of November, 2019, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

POLSINELLI PC

By: /s/ Andrew J. Nazar
ANDREW J. NAZAR (KS #22381)
BRENDAN MCPHERSON (KS #23771)
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000
Fax No. (816) 753-1536
anazar@polsinelli.com
bmcpherson@polsinelli.com

ATTORNEYS FOR
COUNTRY CLUB PLAZA JV, LLC and
MREM BOT PROPERTY LLC