IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Case No. 19-22400 |
| BREAD & BUTTER CONCEPTS, LLC, ) | (Administratively Consolidated) |
| et al., ) | |
| ) | |
| Debtors.[1] ) | Chapter 11 |

## MOTION FOR ORDER AUTHORIZING DEBTORS
## TO ENTER INTO MANAGEMENT CONTRACTS

COME NOW Bread & Butter Concepts, LLC ("BBC"), debtor and debtor-in-possession in Case No. 19-22400, Texaz Crossroads, LLC ("Cherry Hall"), debtor and debtor-in-possession in Case No. 19-22401, Texaz Table Restaurant of KS, LLC ("Urban Table"), debtor and debtor-in-possession in Case No. 19-22399, Texaz South Plaza, LLC ("Stock Hill"), debtor and debtor-in-possession in Case No. 19-22402, and Texaz Plaza Restaurant, LLC ("Gram & Dun"), debtor and debtor-in-possession in Case No. 19-22403 (and may be collectively referred to herein as "Debtors"[2]) and for their Motion for Order Authorizing Debtors to Enter Into Management Contracts pursuant to 11 U.S.C. §§ 105 and 503 state as follows:

### Procedural Background

1.  On November 9, 2019 (the "Petition Date"), Debtors filed five separate voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in this Court (the "Related Cases") in the United States Bankruptcy Court for the District of Kansas (the "Bankruptcy Court").

2.  Each Debtor remains in possession of its assets and continues to operate as debtor-in-possession in accordance with 11 U.S.C. §§ 1107 and 1108.

---

[1] TEXAZ CROSSROADS, LLC, dba Cherry Hall, Case No. 19-22401; TEXAZ TABLE RESTAURANT OF KS, LLC, dba Urban Table, Case No. 19-22399; TEXAZ SOUTH PLAZA, LLC, dba Stock Hill, Case No. 19-22402; TEXAZ PLAZA RESTAURANT, LLC, dba Gram & Dun, Case No. 19-22043.
[2] Unless otherwise noted, the use of the term "Debtor" shall refer to each individual debtor comprising the Debtors.

1

3. An Official Committee of Unsecured Creditors has not yet been appointed in any of the Related Cases.

4. This is a core proceeding pursuant to 28 U.S.C. §157(2)(A).

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.

6. Venue is proper in this Court pursuant to 28 U.S.C. §1408.

## Introduction

7. Debtor BBC was founded in 2011 and owns and operates multiple upscale restaurants in the Kansas City metropolitan area.

8. Debtor Cherry Hall opened in September 2018 and is the event space and catering arm of BBC's business. The event space is located in downtown Kansas City, Missouri.

9. Debtor Urban Table opened in July 2011 and is an Italian-American bistro located in Prairie Village, Kansas.

10. Debtor Stock Hill opened in December 2016 and is a high-end steakhouse located on the Country Club Plaza in Kansas City, Missouri.

11. Debtor Gram & Dun opened in November 2011 and is a venerable modern restaurant also located on the Country Club Plaza in Kansas City, Missouri.

12. Debtors collectively have over 200 employees and approximately 140 creditors. Between its different subsidiaries, BBC's gross sales for Debtors in 2018 exceeded $24.5 million. After the sale of two of the subsidiaries[3], BBC's gross sales for 2019 are projected to be $12.1 million.

---

[3] On February 15, 2019, BBC sold Texaz Restaurants of KS LLC dba BRGR Kitchen + Bar (Prairie Village), Texaz P&L Restaurants, LLC dba BRGR Kitchen + Bar (Power and Light District), Barhop135, LLC dba BRGR Kitchen + Bar (Leawood) and Texaz Taco Restaurant, LLC dba Taco Republic & Catering Vehicle/Taco Truck to Louie's Wine Dive Parent, LLC.

### Relation of Debtors

13. Each of the Debtors is a legally separate entity. Each of the Debtors are affiliates of each other pursuant to 11 U.S.C. § 101(2)(B), as each Debtor has common owners which own or control at least 20% of the voting rights of each Debtor.

### Relief Requested

14. By this Motion, the Debtors seek entry of an order authorizing them to enter into separate management agreements with BBC.

15. Since their inception, Debtors have routinely looked to BBC to supply management, consulting, advertising, accounting, and other related functions. BBC has no restaurant or catering business itself, but instead functions solely as the Debtors' managerial arm.

16. In addition, BBC also takes excess funds from one Debtor and transfers it to another in order to cover any budgetary shortfalls.

17. Prior to the Petition Date, this arrangement was informal.

18. Debtors desire to formalize the arrangement via execution of certain Management Agreements, which are attached as **Exhibit A**.

19. Each Debtor's respective rights and obligations under the Management Agreements are of the same nature as those which existed pre-petition. As such, execution of the Management Agreements likely falls within 11 U.S.C. § 363's provision excusing Court approval for transactions within the ordinary course of business. *In re Dooley's Rainwater Conditioning, Inc.*, No. 10-14145, 2013 WL 121657, at *3 (Bankr. D. Kan. Jan. 8, 2013) (test for whether a transaction is in the ordinary course of business "requires reviewing the debtor's pre-petition business practices").

20. Nonetheless, out of an abundance of caution, Debtors seek approval from this Court to enter into the Management Agreements.

21. The Management Agreements are necessary to continue operating the Debtors' businesses through reorganization, as the Agreements memorialize the duties of each Debtor in the operation and management of each restaurant and vests BBC with the legal authority to act as the other Debtors' agent. Moreover, they provide a contractual basis by which to allocate expenses between the Debtors for the management, advertising, and other services performed by BBC.

22. To implement the foregoing successfully, the Debtors request that the Court enter an order providing that notice of the relief requested herein satisfies Bankruptcy Rule 6004(a) and that the Debtors have established cause to exclude such relief from the 14-day stay period under Bankruptcy Rule 6004(h).

23. No prior request for the relief sought in this motion has been made to this or any other court.

WHEREFORE, the Debtors respectfully request the Court grant this Motion and issue an Order authorizing them to enter in separate management agreements with BBC in the ordinary course of their business.

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ Sharon L. Stolte
Sharon L. Stolte #14302
Paul D. Sinclair #22799
Brett M. Simon #27150
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816-627-5543
816-627-5532 (Fax)
sstolte@sandbergphoenix.com
psinclair@sandbergphoenix.com
bsimon@sandbergphoenix.com
*Proposed attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that the 5th day of December 2019, a true and correct copy of the Motion for Order Authorizing Debtors to Enter Into Management Contracts and Notice with Opportunity for Non-Evidentiary Hearing was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and copies (without exhibits) were placed in the U.S. Mail, postage prepaid, to the parties on the attached Master Service List, pursuant to the Order Limiting Notice entered on November 14, 2019 [ECF #33].

/s/ Sharon L. Stolte
Sharon L. Stolte

| | | |
|---|---|---|
| 360 COMMERCIAL CLEANING<br>13827 MACKEY ST<br>OVERLAND PARK KS 66223 | A LOT A CLEAN<br>416 SE FLEETWAY CIR<br>LEE'S SUMMIT MO 64081 | A. BOMMARITO WINES<br>2827 S. BRENTWOOD BLVD<br>SAINT LOUIS MO 63144 |
| A-1 SEWER & SEPTIC<br>6370 CARTER ST<br>MERRIAM, KS 66203 | AARON SHIELDS<br>7808 MAIN ST.<br>KANSAS CITY MO 64114 | ABSOLUTE SYSTEMS<br>16657 E 23RD ST<br>SUITE 346<br>INDEPENDENCE MO 64055 |
| ADVANCED CARPET CARE LLC<br>1258 HOWELL ST<br>NKC MO 64116 | ALPINE-LITHO<br>8640 TROOST AVENUE<br>KANSAS CITY MO 64131 | ALL STATE FIRE EQUIPMENT<br>1030 WEST 23RD ST<br>SUITE G<br>INDEPENDENCE MO 64055 |
| ALLEGIANT SERVICE GROUP, INC.<br>12604 6TH ST<br>GRANDVIEW MO 64030 | AMBROSI<br>3023 MAIN STREET<br>KANSAS CITY MO 64108 | ARCTIC GLAZIERS<br>930 E 13TH AVE<br>NKC MO 64116 |
| ARROWHEAD MEATS<br>1200 TANEY<br>NORTH KANSAS CITY MO 64116 | ARTHUR PARKER<br>4906 PAGOSA FALLS COURT<br>KATY TX 77494 | AT&T<br>PO BOX 5014<br>CAROL STREAM IL 60197 |
| AUTOMOBILE INC<br>405 EL CAMINO REAL BOX 606<br>MENLO PARK CA 94025 | AVID<br>500 SOUTHWEST BLVD<br>KANSAS CITY MO 64108 | BAGEL WORKS<br>1523 S. 45TH STREET<br>KANSAS CITY KS 66106 |
| BOARD OF POLICE COMMISSIONERS<br>1125 LOCUS ST<br>KANSAS CITY MO 64106 | CARPENTER & COMPANY<br>8301 STATE LINE ROAD<br>SUITE G-A<br>KANSAS CITY MO 64114 | CENTRAL STATES BEVERAGE CO<br>14220 WYANDOTTE STREET<br>KANSAS CITY MO 64145 |
| CHEFWORKS<br>12325 KERRAN ST.<br>POWAY CA 92064 | CINTAS<br>1715 LINN ST<br>KANSAS CITY MO 64116 | CJ MULTISERVICES<br>3307 N. PLEASANT ST<br>INDEPENDENCE MO 64050 |
| CLAYTON VALET PARKING, LLC<br>7533 FORSYTH BLVD.<br>STE C<br>CLAYTON MO 63105 | COMMERCIAL CAPITAL CO.<br>8215 MELROSE DRIVE<br>SUITE 100<br>OVERLAND PARK KS 66214 | COMPLETE CONSTRUCTION SERVICES<br>5919 BARTON DRIVE<br>SHAWNEE KS 66203-2792 |

| | | |
|---|---|---|
| CORE BANK<br>17807 BURKE ST<br>OMAHA NE 68118 | CORE BANK<br>12100 W CENTER RD<br>OMAHA NE 68144 | CRITICAL PROTECTION & INVEST.<br>3031 S. KENDALL DR<br>INDEPENDENCE MO 64055 |
| CROSSROADS EAST LLC<br>300 E. 18TH ST<br>KANSAS CITY MO 64108 | CSI<br>18330 EDISON AVE<br>CHESTERFIELD MO 63005 | DAR PRO<br>685 ADAMS ST<br>KANSAS CITY KS 66105 |
| DISTRICT COUNSEL<br>US SMALL BUSINESS<br>ADMINISTRATION<br>220 W. DOUGLAS AVE., SUITE 450<br>WICHITA, KS 67202 | D'JESUS CLEANING<br>2609 S 52ND ST<br>KANSAS CITY KS 66106 | DORMAKABA USA INC<br>6161 E. 75TH ST<br>INDIANAPOLIS IN 46250 |
| DTBP, LLC<br>1010 WALNUT STREET<br>SUITE 500<br>KANSAS CITY MO 64106 | ECOLAB DISH<br>24198 NETWORK PLACE<br>CHICAGO IL 60673 | ECOLAB EQUIPMENT CARE<br>24673 NETWORK PL<br>CHICAGO IL 60673 |
| ECOLAB FOOD SAFETY<br>24198 NETWORK PLACE<br>CHICAGO IL 60673 | ECOLAB PEST<br>26252 NETWORK PL<br>CHICAGO IL 60673-1262 | EMPLOYMENT PUBLISHING<br>175 STRAFFORD AVE<br>SUITE 1<br>WAYNE PA 19087 |
| ESPRESSO TECH<br>11614 W 90TH STREET<br>OVERLAND PARK KS 66214 | EVERGY<br>4400 E. FRONT ST<br>KANSAS CITY MO 64120 | EXCEL LINENS<br>501 FUNSTON ST<br>KANSAS CITY MO 66115 |
| FABULOUS FISH<br>13560 NW INDUSTRIAL DR<br>BRIDGETON MO 63044 | FARM TO MARKET<br>100 EAST 20TH ST<br>KANSAS CITY MO 64108 | FIRE ONE, INC.<br>3718 ROBINSON PIKE ROAD<br>GRANDVIEW MO 64030 |
| FIXMYBEER.COM<br>6328 WALNUT ST<br>KANSAS CITY MO 64113 | FOOD EQUIPMENT REPAIR<br>1925 MCGEE STREET<br>KANSAS CITY MO 64108-1827 | GASKET GUY KC<br>10645 WIDMER<br>LENEXA KS 66215 |
| GLAZERS<br>6201 STILLWELL STREET<br>KANSAS CITY MO 64120 | GOOGLE<br>8615 NW PRAIRIE VIEW RD<br>KANSAS CITY MO 64153 | GREEN GROVE<br>300 EAST 39TH STREET<br>KANSAS CITY MO 64111 |

GRI CORINTH NORTH LLC
4350 EAST-WEST HIGHWAY
SUITE 400
BETHESDA MD 20814

GRI CORINTH SQUARE NORTH, LLC
SUCCESS IN INTEREST TO CSN
PO BOX 664001
DALLAS TX 75266

HALPERNS
4685 WELCOME ALL RD
COLLEGE PARK GA 30349

HASELWOOD LANDSCAPES LLC
PO BOX 2191
OLATHE KS 66051

HEARTLAND PLUMBING, INC
800 S CREEKSIDE DR
GARDNER KS 66030

HOCKENBERGS
14603 WEST 112TH STREET
LENEXA KS 66215-4096

HUMANA
7311 W 132ND ST
#200
OVERLAND PARK KS 66213

IBS MIDWEST
3913 S LYNN CT
INDEPENDENCE MO 64055

ICE MASTERS
6218 MELROSE
SHAWNEE KS 66203

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JANSSEN GLASS
4949 HADLEY AVE
OVERLAND PARK KS 66203

JASON ROMERO
PLATFORM VENTURES
4220 SHAWNEE MISSION PKWY,
#200B
MISSION KS 66205

ICW
PO BOX 219948
KANSAS CITY MO 64121

JEAN ROBERTS
3760 CARLON
HOUSTON TX 77005

JIM'S LOCK & SAFE
2005 NORTH 77TH STREET
KANSAS CITY KS 66109

JV LLC
PO BOX 675001
DETROIT MI 48267

KALDI'S COFFEE
3983 GRATIOT
ST. LOUIS MO 63110

KANSAS CITY BUSINESS JOURNAL
1100 MAIN STREET
SUITE 2450
KANSAS CITY MO 64105

KANSAS CITY WATER SERVICES
PO BOX 807045
KANSAS CITY MO 64180

KANSAS DEPARTMENT OF COMMERCE
ATTN: LEGAL DEPARTMENT
1000 SW JACKSON, STE 100
TOPEKA, KS 66612-1354

KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT
OFFICE OF LEGAL SERVICES
1000 SW JACKSON, STE 560
TOPEKA, KS 66612-1368

KANSAS DEPARTMENT OF LABOR
ATTN: LEGAL SERVICES
401 SW TOPEKA BLVD.
TOPEKA, KS 66603-3182

KANSAS DEPARTMENT OF REVENUE
PO BOX 758572
TOPEKA KS 66675

KANSAS GAS
1421 N 3RD ST
KANSAS CITY MO 64120

KANSAS RESTAURANT AND HOSPITALITY ASSOC
3500 N ROCK RD
BLDG 1300
WICHITA KS 67226

KC CUSTOM WINDOW FASHIONS INC
11511 WORNALL RD
KANSAS CITY MO 64114

KC WATER SERVICE
PO BOX 807045
KANSAS CITY MO 64180

3

MASTER SERVICE LIST

| | | |
|---|---|---|
| KCMO CITY TREASURER<br>REVENUE DIVISION<br>PO BOX 804107<br>KANSAS CITY MO 64180 | KCMO HEALTH DEPARTMENT<br>2400 TROOST AVE SUITE 3200<br>KANSAS CITY MO 64108 | KCP&L<br>4400 E FRONT ST<br>KANSAS CITY MO 64180 |
| KELLER FIRE & SAFETY<br>138 KANSAS AVE.<br>ATTN: ACCOUNTING DEPT.<br>KANSAS CITY KS 66105 | KELLY CONWELL<br>4304 OAK APT1S<br>KANSAS CITY MO 64111 | LARGEPRINTING.COM<br>6633 TROOST AVE<br>KANSAS CITY MO 64131 |
| LAZ PARKING<br>12445 COLLECTION CENTER DR.<br>CHICAGO IL 60693-0324 | LIBERTY FRUIT<br>1247 ARGENTINE BOULEVARD<br>KANSAS CITY KS 66105-1508 | LOCAL PIG<br>2618 GUINOTTE AVE<br>KANSAS CITY MO 64120 |
| LOHR DISTRIBUTING CO.<br>100 S. 9TH STREET<br>ST. LOUIS MO 63104 | LONGWIRE<br>15393 S WIDMER ST<br>OLATHE KS 66062 | M&H GAS<br>4230 WASHINGTON AVENUE<br>INDEPENDENCE MO 64055 |
| M3 VENTURES LLC<br>22235 WEST 66TH STREET<br>SHAWNEE KS 66226 | MARKONE ELECTRIC COMPANY, INC.<br>1414 GENESSEE<br>KANSAS CITY MO 64102 | METRO MEDIA<br>4210 SHAWNEE MISSION PKWY<br>SUITE 314 A<br>FAIRWAY KS 66205 |
| MID-AMERICA GOURMET INC<br>11500 WEST 90TH STREET<br>OVERLAND PARK KS 66214 | MISSING INGREDIENT<br>2131 WASHINGTON ST STE B<br>KANSAS CITY MO 64108 | MISSOURI DEPARTMENT OF LABOR<br>TAXATION DIVISION<br>PO BOX 3360<br>JEFFERSON CITY MO 65105 |
| MREM BOT PROPERTY<br>PO BOX 310687<br>DES MOINES IA 50331 | NBKC BANK<br>10700 NALL AVE.<br>LEAWOOD KS 66211 | NE JOHNSON COUNTY CHAMBER<br>5800 FOXRIDGE DR.<br>STE 100<br>MISSION KS 66202 |
| NEW YORK TIMES<br>620 EIGHT AVENUE<br>NEW YORK NY 10018 | OFFICE OF UNITED STATES ATTORNEY<br>ROBERT J. DOLE U.S. COURTHOUSE<br>500 STATE AVE, STE 360<br>KANSAS CITY, KS 66101 | OUTFRONT MEDIA<br>405 LEXINGTON AVE<br>NEW YORK NY 10174 |
| P1 GROUP INC.<br>13605 W 96TH TERRACE<br>LENEXA KS 66215 | PARK IT<br>1712 MAIN ST. SUITE 371<br>KANSAS CITY MO 64108 | PAYCOM PAYROLL, LLC DBA PAYCOM<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY OK 73142 |

| | | |
|---|---|---|
| HIL VAN HAITSMA<br>370 MILLWOOD DR. NE<br>BELMONT MI 49306 | PINNACLE IMPORTS KC<br>2001 PENNSYLVANIA AVENUE<br>KANSAS CITY MO 64108 | POINTE BLANK<br>668 N. 44TH ST.<br>STE. 210W<br>PHOENIX AZ 85008 |
| OWER UP ELECTRIC, LLC<br>818 NOLAND RD<br>SHAWNEE KS 66216-1661 | PRIDE CLEANERS<br>13613 S. US 71 HWY<br>GRANDVIEW MO 64030 | PROFESSIONAL CLEANING<br>511 SE BROWNFIELD DRIVE<br>LEE'S SUMMIT MO 64063 |
| RAPID SOLUTIONS<br>P.O BOX 4102<br>OVERLAND PARK KS 66204 | REDLINE AUTO FIRE SPRINKLER<br>1111 SW 28TH STREET<br>BLUE SPRINGS MO 64015 | REPUTATION.COM INC.<br>1400A SEAPORT BLVD<br>#401<br>REDWOOD CA 94063 |
| ROZIER ELECTRIC<br>608 SW JEFFERSON<br>LEE'S SUMMIT MO 64081 | RPS TACOS, LLC<br>RUIZ, LILIANA<br>6426 E 14 ST<br>KANSAS CITY MO 64126 | RR SERVICE<br>505 EAST 220TH ST<br>BELTON MO 64012 |
| SEATTLE FISH CO.<br>1300 N. MATTOX RD<br>RIVERSIDE MO 64150 | SEEN MERCH<br>5024 HADLEY AVE<br>SHAWNEE KS 66203 | SERVICE CALL LLC<br>1118 N.W. SOUTH SHORE DR.<br>LAKE WAUKOMIS MO 64151 |
| SLICE & SPICE<br>19095 W 199TH ST<br>SPRINGHILL KS 66083 | SOUND PRODUCTS<br>1365 N WINCHESTER ST<br>OLATHE KS 64108 | SPECTRUM<br>550 WESTPORT ROAD<br>KANSAS CITY MO 64111 |
| SPIRE<br>DRAWER 2<br>SAINT LOUIS MO 63171 | STANLEY STEAMER<br>P.O. BOX 205819<br>DALLAS TX 75320 | SUMNER GROUP DBA DATAMAX OF KC<br>PO BOX 2222<br>SAINT LOUIS MO 63109 |
| SUN LIFE FINANCIAL<br>2323 GRAND BLVD<br>KANSAS CITY MO 64108 | SYSCO KANSAS CITY INC<br>1915 KANSAS CITY ROAD<br>PO BOX 820<br>OLATHE KS 66061-0820 | TEC-LARM FIRE SYSTEMS<br>15011 W 147TH ST<br>OLATHE KS 66062 |
| TEMP-CON<br>15670 S KEELER STREET<br>OLATHE KS 66062 | THE TAUBMAN COMPANY, LLC<br>4650 BROADWAY<br>KANSAS CITY, MO 64112 | THOU MAYEST COFFEE ROASTERS<br>12641 ANTIOCH RD<br>SUITE 1009<br>OVERLAND PARK KS 66213 |

MASTER SERVICE LIST

| | | |
|---|---|---|
| TRADEMARK WINES<br>25 W. PACIFIC AVE.<br>WEBSTER GROVE MO 63119 | U.S. DEPT. OF HEALTH AND HUMAN SERVICES<br>OFFICE OF THE GENERAL COUNSEL<br>601 E. 12TH STREET, ROOM N1800<br>KANSAS CITY, KS 64106 | ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE WI 53158 |
| ULTRA-CHEM INC<br>5043 FLINT ST<br>LENEXA KS 66214 | ULTRAPOM EVENT RENTAL<br>3175 TERRACE STREET<br>KANSAS CITY MO 64111 | ULTRASOURCE LLC<br>1414 WEST 29TH STREET<br>KANSAS CITY MO 64108 |
| ULTRAVAC SERVICES<br>1415 WEST 29TH STREET<br>KANSAS CITY MO 64108 | UNITED BEV<br>1903 WOODLAND AVE<br>KANSAS CITY MO 64141 | US ASSURE<br>PO BOX 10197<br>JACKSONVILLE FL 32247-0197 |
| US FOODS<br>16805 COLLEGE BLVD<br>LENEXA KS 66219 | US SMALL BUSINESS ADMIN<br>KC DISTRICT OFFICE<br>1000 WALNUT ST., SUITE 500<br>KANSAS CITY MO 64106 | VEND LEASE COMPANY INC.<br>8100 SANDPIPER CIRCLE SUITE 300<br>NOTTINGHAM MD 21236 |
| VINTEGRITY<br>1689 N. TOPPING AVE<br>KANSAS CITY MO 64120 | WASTE MANAGEMENT<br>8301 INDIANA AVE<br>KANSAS CITY MO 64132 | WATER ONE<br>10747 RENNER RD<br>LENEXA KS 66219 |
| WATTS UP<br>9320 JOHNSON DRIVE<br>SHAWNEE KS 66203 | ABBOTT PROPERTIES<br>JODY R. GONDRING<br>4010 WASHINGTON ST STE 100<br>KANSAS CITY, MO 64111 | MISSOURI DEPT OF REVENUE<br>BANKR UNIT - SUSAN LISSANT<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 |